

SO ORDERED,

Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF
MISSISSIPPI

IN RE:

**CHAD REEDY**
**JENNIFER REEDY,**

Case No. 19-11709-JDW

**Debtors.**

Chapter 13

### ORDER GRANTING MOTION TO SHORTEN NOTICE TIME REGARDING MOTION TO SELL PROPERTY OF THE ESTATE (DKT. # 31)

This matter is before the Court on the Motion to Shorten Notice Time regarding Debtor's[1] **Motion to Sell Property Free and Clear of Liens,** filed on **June 15t, 2020** (the "Motion to Shorten") (Dkt. # **32**). The Court has reviewed the Motion to Shorten and finds it well-taken. Accordingly, is hereby

ORDERED, ADJUDGED, AND DECREED that the Motion to Shorten (Dkt. # **32**) is **GRANTED.** The Debtor shall serve a copy of the **Motion to Sell Property Free and Clear of Liens,**(Dkt. # **31**) and the Notice issued by the Court on all parties within three days of the entry of this Order, and the response deadline shall be the 10th day following entry of this Order.

##END OF ORDER##

---

[1] All references to "Debtor" shall refer to both debtors in a case filed jointly by two individuals.